# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, A.C. RUGH, T.H. CAMPBELL**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## JOSEPH T. STEINER
## LANCE CORPORAL (E-3), U.S. MARINE CORPS

### NMCCA 201500339
### GENERAL COURT-MARTIAL

**Sentence Adjudged**: 30 July 2015.
**Military Judge**: Maj M.D. Libretto, USMC.
**Convening Authority**: Commanding General, 2d Marine Division, Camp Lejeune, NC.
**Staff Judge Advocate's Recommendation**: Maj K.G. Phillips, USMC.
**For Appellant**: LCDR Ryan Mattina, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esquire.

**11 February 2016**

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court